AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

*filed in open court 6/30/04 CBK*

US
v.
JARED KNOWLTON

APPEARANCE

Case Number: 04-1809-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JARED KNOWLTON FOR INITIAL APPEARANCE/DETENTION

I certify that I am admitted to practice in this court.

Date: 6/30/04

Signature: M.F. Natola

Print Name: MICHAEL F. NATOLA
Bar Number: 367580
Address: 240 Commercial St, Suite 2B
City: Boston  State: MA  Zip Code: 02109
Phone Number: 617:367-8844
Fax Number: 617:523-5153
E-MAIL - LAZSLO999@AOL.COM