AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

JARED C. KNOWLTON

**WARRANT FOR ARREST**

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jared C. Knowlton _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title __21__ United States Code, Section(s) 846 and 841(a)(1)

Charles B Swartwood, III
Name of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

06-29-2004    Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                             Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY DEA
Y ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 6/30/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Jared C. Knowlton

ALIAS:

LAST KNOWN RESIDENCE: 11 Tolman Ave., Gloucester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1974

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1719

HEIGHT: 5'8"   WEIGHT:

SEX: M   RACE:

HAIR:   EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street

Boston, MA