UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)  Criminal No. 04-MJ-1809-CBS
v. )
)
CARLOS ESPINOLA )

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the United States of America in the above-captioned case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Michael J. Pelgro
MICHAEL J. PELGRO
Assistant U.S. Attorney
(617) 748-3246

Dated: August 2, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

*Michael J. Pelgro /c.q.*
MICHAEL J. PELGRO
ASSISTANT UNITED STATES ATTORNEY